Filed
10/22/2015 8:05:32 PM
Esther Degollado
District Clerk
Webb District
Graciela Rosales
2014CVZ000131 C3

## NO. <u>2014CVZ000131 C3</u>

| | | |
|---|---|---|
| **JUAN CARLOS GARZA** | § | **IN THE COUNTY COURT AT LAW** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 2** |
| | § | |
| **E & S OIL FIELD SERVICES LLC** | § | |
| **Defendant.** | § | **WEBB COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/20/2015 2:47:40 PM
KEITH E. HOTTLE
Clerk

## <u>NOTICE OF APPEAL</u>

Defendant, E & S Oil Field Services LLC, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on September 22, 2015.

E & S Oil Field Services LLC desires to appeal because the Court's denial of Defendant to testify was an abuse of discretion.

This appeal is being taken to the Fourth Court of Appeals.

This notice is being filed by E & S Oil Field Services LLC.

Respectfully submitted,

By: /S/ Edward A. Nolen
    Edward A. Nolen
    Texas Bar No. 24048693
    Email: enolen@nolenlawoffice.com
    1618 Chihuahua St.
    Laredo, Texas 78043
    Tel. (956) 462-5953
    Fax. (888) 959-1428
    Attorney for Defendant
    E & S Oil Field Services LLC

## CERTIFICATE OF SERVICE

I certify that on October 22, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on Steven Sachs at 210-229-1302.


/S/Edward A. Nolen
Edward A. Nolen